KEITH H. RUTMAN (CSB #144175)
501 West Broadway Ste 1650
San Diego, California 92101-3541
Telephone: (619) 237-9072
Facsimile: (760) 454-4372
email: krutman@krutmanlaw.com

Attorney for Plaintiff
BRIAN J. DONAHUE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Jeffrey T. Miller)

| | |
|---|---|
| BRIAN J. DONAHUE,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, SAN DIEGO SHERIFFS DEPUTIES SEAN ZAPPIA, ANDREW JULIAN, BYRON BARRIOS, AND DOES 1-15,<br><br>Defendants. | Case No. 15-CV-1510-JM(JMA)<br><br>JOINT MOTION TO DISMISS CASE WITH PREJUDICE |

COME NOW the parties to the instant case, by and through their attorneys, and hereby jointly move to dismiss all the entirety of the case and all claims for relief, with prejudice. Each side shall bear their own costs and attorneys fees. A proposed Order is enclosed herewith.

Respectfully Submitted,

Dated: April 10, 2017

s/ Keith H. Rutman
KEITH H. RUTMAN
Attorney for Plaintiff
Email: krutman@krutmanlaw.com

Dated: April 10, 2017

THOMAS E. MONTGOMERY, County Counsel
By: /s Ronald Lenert
RONALD LENERT
Deputy County Counsel
Email: ronald.lenert@sdcounty.ca.gov
Attorneys for Defendants

## SIGNATURE CERTIFICATION

Pursuant to § 2(f) of the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all persons required to sign the document and have obtained authorization for the electronic signatures of all parties on the document.

Dated: April 10, 2017

s/ Keith H. Rutman
KEITH H. RUTMAN
Attorney for Plaintiff
Email: krutman@krutmanlaw.com

## CERTIFICATE OF SERVICE

I certify that on April 10, 2017 I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Southern District of California, using the electronic case filing (ECF) system of the Court, and thereby served it on all counsel of record in this case.

Dated: April 10, 2017

s/ Keith H. Rutman
KEITH H. RUTMAN
Attorney for Plaintiff
Email: krutman@krutmanlaw.com