UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN J. DONAHUE,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, SAN DIEGO SHERIFFS DEPUTIES SEAN ZAPPIA, ANDREW JULIAN, BYRON BARRIOS, AND DOES 1-15,<br><br>Defendants. | Case No. 15cv1510 JM(JMA)<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the joint motion of the parties to dismiss the case and all claims for relief, with prejudice (Doc. No. 40) , is GRANTED.

This case is dismissed in its entirety with prejudice. Each side shall bear their own costs and attorneys fees.

IT IS SO ORDERED.

DATED: April 12, 2017

Hon. Jeffrey T. Miller
United States District Judge